ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN
Assistant United States Attorney
California Bar Number 112613
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2444
    Facsimile: (213) 894-7819
    Email: Russell.Chittenden@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IRENE TRITZ, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK DONAHOE, Postmaster General, UNITED STATES POSTAL SERVICE, and Does, 1-10,<br><br>    Defendants. | No. SACV 12-02201 DOC (RNBx)<br><br>JUDGMENT  [34] |


The Motion For Summary Judgment of federal defendant Patrick Donahoe, Postmaster General, United States Postal Service ("Defendant"), came on regularly for hearing on June 30, 2014, before the Honorable David O. Carter, United States District Judge, and having considered the pleadings, memorandum of points and authorities, evidence and the oral argument at the hearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion For Summary Judgment is hereby granted and final judgment is hereby entered in favor of Defendant and against Plaintiff Irene Tritz herein.

DATED: July 17, 2014.

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Russell W. Chittenden*
RUSSELL W. CHITTENDEN
Assistant United States Attorney

Attorneys for Defendant